## PUGH v. STATE.
### No. 18293.

Court of Criminal Appeals of Texas.
May 13, 1936.

Gray & Pope, of Tyler, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The unlawful manufacture of intoxicating liquor is the offense; penalty assessed at confinement in the penitentiary for one year.

Since the conviction of the appellant, the law (Pen.Code 1925, art. 666 et seq., as amended) upon which the prosecution is founded has been repealed (Vernon's Ann. P.C. art. 666—49). See Meadows v. State (Tex.Cr.App.) 88 S.W.(2d) 481.

The judgment is reversed and the prosecution ordered dismissed.